FILED

APR 12 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

Name: Daniel Jeffers
Prison Number: 23107-021
Address or Place of Confinement: USP Atwater, PO Box 019001, Atwater, CA 95301

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

Full Name (First, Middle, Last): Daniel Jeffers

Petitioner,

vs.

Name of Warden: Trate
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 1:23-cv-571-EPG (HC)
(to be supplied by the Clerk of the United States District Court)

**PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY**

---

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. _____ prison discipline
5. _____ a parole problem
6. __X____ other  Jail Credits

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

RECEIVED
APR 12 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

PETITION

(1) Place of detention: USP Atwater

(2) Name and location of court which imposed sentence: Southern Dist of Georgia

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed: _____

(4) The date the sentence was imposed and the terms of the sentence: _____

(5) What was your plea (check one):   Not guilty ( )   Guilty (X)   Nolo contendere ( )

(6) Kind of trial (check one):   Jury ( )   Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes ( )   No (X)

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court:_____
Grounds raised (list each):
   1) _____
   2) _____

Result/Date of result:_____

SECOND APPEAL:
Name of court:_____
Grounds raised (list each):
   1) _____
   2) _____

Result/Date of result:_____

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

Page 2 of 5

→ GROUND ONE I was not given credit for time

_Served before I was sentenced._

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

    **CAUTION:** You must state *facts, not conclusions,* in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

_Missing 10 months and 13 days of credit - Since May 28, 2019 to April 9, 2020. The district court failed to recognize its authority to adjust the Sentence, or Downward Departure under 5 C1.3 and 5K2.23, and 5G1.3 of the U.S. Guideline Manual. (See Attached Memorandum.)_

→ **GROUND TWO** _____

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

_____
_____
_____
_____
_____
_____

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes (X)    No ( )    If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL    Level of appeal: _BP-8 (Unit team)_
Grounds raised (list each):
    1) _Missing Jail Credits_
    2) _____
Result/Date of result: _No Response 10/7/22_

SECOND ADMINISTRATIVE APPEAL    Level of appeal: _BP-9 (Warden)_
Grounds raised (list each):
    1) _Missing Jail Credit_
    2) _____
Result/Date of result: _Denied 10/27/22_

THIRD ADMINISTRATIVE APPEAL    Level of appeal: _BP-10 (Regional)_
Grounds raised (list each):

1) Missing Jail Credits
2)
Result/Date of result: No Response

FOURTH ADMINISTRATIVE APPEAL    Level of appeal: BP-11 (Washington D.C.)
Grounds raised (list each):
1) Missing Jail Credits
2)
Result/Date of result: Denied Febuary 23, 2023

(11) Is the grievance process completed?    Yes ( )    No ( )

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( )    No (X)

(13) If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court:___
Nature of proceeding:___
Grounds raised (list each):
    1) ___
    2) ___
Result/Date of result:___

SECOND PREVIOUS PETITION
Name of court:___
Nature of proceeding:___
Grounds raised (list each):
    1) ___
    2) ___
Result/Date of result:___

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.

___
___
___
___
___
___

(15) Are you presently represented by counsel?

Yes ( )   No (✓)

If so, provide your attorney's name, address, and telephone number:

_____
_____

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes (✓)   No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_4-5-23_____          _Daniel [signature]_____
(Date)                    (Signature of Petitioner)

_Pro Se_____
(Signature of Attorney, if any)

| | |
|---|---|
| Daniel Jeffers<br>Petitioner,<br>v.<br>Warden Trate<br>Respondant. | )<br>)<br>) Case No.<br>)<br>)<br>) |

## MEMORANDUM IN SUPPORT OF PETITIONERS WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241

Now comes petitioner Daniel Jeffers, pro se, to respectfully submit this petition for writ of habeas corpus under 28 U.S.C. §2241 - to seek relief for missing jail credit in his district court criminal case. Jeffers respectfully requests that this court consider his motion, and grant the relief sought herein.

## BACKGROUND

Petitioner Jeffers is a federal inmate currently in the custody of the Federal Bureau of Prisons ("BOP") and being housed at the United States Penitentiary located in Atwater, California. Jeffers was indicted by a federal grand jury out of Georgia for conspiracy to possess with intent to distribute, and to distribute, a quantity of methamphetamine for which he was ultimately convicted of and sentenced to 110 months.

Jeffers was incarcerated in the Georgia Department of Corrections - for DOC# SPCR 1900683 - when he was federally indicted on May 7, 2019. On May 28, 2019 he was turned over to the custody of the United States Marshal Service, via writ, to face the charges brought before him in the above mentioned indictment.

(1)

Upon entering the BOP and receiving a sentence calculation sheet Jeffers noticed that he hadn't received any prior jail credits for the time spent in custody since he had been turned over to the Marshals Service and arraigned on his federal charges. Jeffers never went back to Georgia State custody, upon being sentenced by the federal district court he was then taken to the BOP.

When Jeffers realized his sentence computation was incorrect he started the administrative remedy process as required by the Prison Litigation Reform Act - and by the courts - before seeking relief from the courts. He filed all the required administrative remedy forms (BP-8 BP-9 BP-10 BP-11) in the time required by the BOP and was subsequently denied on all levels. Therefor this court is Jeffers only available source of relief.

ARGUEMENT

The issue at hand here is the fact that Jeffers has not received any previous jail credit - from May 28, 2019 to April 9, 2020 - from the time he spent in federal custody (when he was transfered from Georgia D.O.C to United States Marshal custody) until he got sentenced on his federal district criminal case. Jeffers is missing 10 months and 13 days of credit - Which unless corrected, is a sixth Amendment due process violation.

The district court failed to recognize its authority to adjust the sentence or downward departure under 5C1.3 and 5K2.23 of the U.S. Guideline Manual. Also in Jeffers administrative remedy request at the institutional level (BP-9), the Warden denied his

(2)

request saying that he was not given any more credit because he was previously receiving credit against another sentence at the same time. But section 3585(b) of the United States Code indicates that a defendant may receive credit against a sentence that "was imposed". It also specifies that the amount of credit depends on the time that the defendant "has spent" in official detention" prior to the date the sentence commences". United States v Wilson 503 U.S. 329, 117 L. Ed. 2d. 593, 112 S. Ct. 1351 (1992)

It is recognized that both 5 G1.3 and 5 K2.23 both require that for a district court to be able to consider a collateral sentence it must be relevant conduct to the instant offense, which it is because of Jeffers' addictive behavior as a Methamphetamine addict caused him to commit both Georgia State case # CR151495 and his instant federal offense, therefor they should both run concurrent as relevent conduct. "Relevent conduct on a common scheme or plan may qualify as part of a single episode, spree, or ongoing series of offenses." Vishera v. Atty. Gen., 455 F.2d 637.

## CONCLUSION

For the reasons stated in the motion above, petitioner Jeffers respectfuly ask this court to grant his § 2241 motion, and provide the relief sought.

Respectfully Submitted on this 05 day of April, 2023,

X *Daniel Jeffers*

Daniel Jeffers # 23107-021 - petitioner
USP Atwater
P.O. Box 019001
Atwater, CA. 95301

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

4-5-23                    X *Daniel Jeffers*
Date                         Petitioner

(4)

RECEIPT - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 16, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ATWATER USP

TO  : DANIEL JEFFERS, 23107-021
      ATWATER USP    UNT: 2A-RU    QTR: B23-204U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

```
REMEDY ID       : 1137366-F1
DATE RECEIVED   : OCTOBER 14, 2022
RESPONSE DUE    : NOVEMBER 3, 2022
SUBJECT 1       : CONCURRENT SERVICE
SUBJECT 2       : OTHER SENTENCE COMPUTATION
```

U.S. Department of Justice | Central Office Administrative Remedy Appeal
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Jeffers Daniel**     **23107-021**   **2-A**   **USP Atwater**
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** The reason for this BP-9 is Because the BP-8 is No information OR Resulotion the BoP miscalculated time credit to commence from the Day of incarceration OR writ I am missing 10 months and 13 Days since May 28 2019 to April 9 2020 on a federal writ. I was sentenced to 110 months Consecutive to the State parole violation case under 18 U.S.C. 3585 provision expressly apply when the imprisonment period will not be credited by the BoP. Its correct that awarding credit for time served falls to the discretion of the BoP under 3585 This error is Not harmless its harsh Because is Being Denied to Count towards my federal sentence Also the parole Case #CR151494 following the federal sentence 110 months Consecutive to parole violation/revocation #CR151494 But the District Court failed to reconize it authority to adjust the sentence or Downward departer under 5C.13 and 5K2.23 variant sentence U.S. Sentencing Guidelines Manual § 5G13(b) and 5K2.23 Both require that for a rte District Court to Be able to consider a Collateral sentence the BoP will Not award

**2-7-23**      *Daniel Jeffers*
DATE          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
FEB 14 2023
Administrative Remedy Section
Federal Bureau of Prisons

DATE                                          GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE                    CASE NUMBER: **1137366**

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION
SUBJECT: _____

DATE                                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

## See Att.

Credit to the instant offense which it is Because my Brain disorder addictive Behavioue as a methamphetaming addiction guide me to commit this multiples Crimes State charge in Georgia # CR 151494 and the federal sentence 4:19 CR 00066-5 should Run concurrent as 1B1.3(a)1(2)2.(2)3. Relevan Conduct on a common scheme or plan may qualify as part of a single espisode. Spree or ongoing series of offenses See Vignera V ATT V Gren 455 F.2d 632.

Rule 6 computing time, the following rule APPLY IN Computing any time period specifed in these rules. If one or Some sentence is reduced by A Pre-trial Detention Credit See: Zaring V. Davis, 426 fed APPX 644 10th Cir. the B.OP Has improperly Calculated my Sentence. Simple clerical error in the Record's...

Relief. under 3585(b) — I want my 10, month's from may, 28, 2019 to April 9, 2020 and my State Parole Violation case # CR-151494 to run concorrently to my federal offense under the 5G1.3 And 5K2.23

2-7-23
DATE

Daniel Jeffr
SIGNATURE

Administrative Remedy Number: 1137366-F1

## Part B - Response

This is in response to your Request for Administrative Remedy, received in this office on October 14, 2022, wherein you contend to be missing federal jail credit from May 28, 2019 to April 4, 2020. As relief, you request to have jail credit added to your sentence from May 28, 2019 to April 4, 2020.

A review of this matter revealed on October 20, 2020, you were sentenced in the United States District Court, Southern District of Georgia to 110 months on count 1 Conspiracy to possess with intent to distribute, and to distribute, a quantity of methamphetamine, to run consecutively to the defendant's state parole revocation in Chatham County Superior Court. Your earliest date of offense was May 7, 2019. You were given jail credit from April 9, 2020, the date you paroled from you state sentence, to October 19, 2020, the date before computation began.

Program Statement 5880.28, Sentence Computation Manual (CCCA of 1984), and Title 18 U.S.C. § 3585(b), preclude the application of credit for time spent in the service of another sentence. As you were sentenced by the state and given credit for all your time spent in custody you are not entitled to credit for any of this time under § 3585(b) toward your federal sentence.

Accordingly, your Request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____        _____
B. M. Trate, Warden                     Date   10/27/22

United States Penitentiary
Atwater, California

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**NOTE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229 (13)], you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted. The **ORIGINAL** BP-8 must be attached should you choose to file a BP-9.

Issued By: _____ (Initials of Correctional Counselor)
Date Issued to the Inmate: 8/31/22

**INMATE'S COMMENTS:** The reason for this matter is, because the "B.O.P" miscalculated time credit

1. Complaint: to commence from the day of incarceration or writ. I am missing 10 months and 13 days since may 28, 2019 to April 9, 2020, on a federal writ... I was sentenced to 110 months consecutive to the state parole violation case. Under 18 U.S.C. 3585, provisions expressly apply when the imprisonment period will not be credited by the B.O.P. It is correct that awarding → see attach

2. Efforts you have made to informally resolve: EXHIBIT (A) I TRy to contact the CMC to forward this situation to the D.S.C.C. to be evaluated, but No respond.

3. Names of staff you contacted: counselor Reyes

Date Returned to Correctional Counselor: 9/5/22

_Daniel Jeffers_    23107-021    9-1-2022
Inmate's Signature   Reg. Number    Date

**CORRECTIONAL COUNSELOR'S COMMENTS:**

Efforts made to informally resolve and staff contacted: No Response from the Correctional systems dept. A BP-9 will Be Issued

Date BP-9 Issued: 10/7/22      _J-Reyes_
                                Correctional Counselor

                                _____ 10/7/22
                                Unit Manager (Date)

JEFFERS # 23107-021 #08

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Jeffers Daniel__  __23107-021__  __2A__  __USP Atwater__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** The reason for this BP-10 is because the BP-9 is No information or resolution the "BOP" miscalculated time credit to commence from the day of incarceration or writ. I am missing 10 months and 13 days since May, 28, 2019 to April, 9, 2020 on a federal writ. I was sentenced to 110 months consective to the state Parole violation Case under 18 U.S.C. 3585 Provision expressly apply when the imprisonment period will not be credited by the BOP It is Correct that awarding credit for time served falls to the discretion of the BoP under 3538. This error is not "harmless" It's "harsh" Because is being denied to count towards my federal sentence. Also the Parole case #CR151494 District Court failed to recognize its authority to adjust the sent or downward depart. Under "5G1.3" & "5K2.23" Variant Sentence U.S. Sentencing Guide lines Manual - 5G1.3(b) and 5K2.23 both require that for a the district Court to be able to consider a Collateral sentence the BoP will not award credit for time served for that sentence from the state and that Collateral offense must be relevant Conduct to the instant offense which it is. Because my bro disorder addictive behaviour as a Methaphetamine addiction guide me to Commit this multeples crimes State charge in Georgia #CR151494 and the federal sentence 4:19CR00066-5 should Run Concurrent as 1B1.3(a) 1(a) 2(a) 3 Relevant Conduct on a Common scheme or plan may qualify as part of a single episode, spree or ongoing series of offenses. See Vignera v. Att. v. Gen. 455 F.2d 637. Relief Seek. Under 3585(b). I want my 10 months from May, 28, 2019 to April, 9, 2 nd my State Parole violation Case# CR151494 run concurrently to my federal offense under the 5G1.3 and 5K2.23

__11-7-2022__                                     __Daniel Jeff__
DATE                                             SIGNATURE OF REQUESTER

**Part B - RESPONSE**



_____    _____
DATE                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

**Part C - RECEIPT**
                                           CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                     PRINTED ON RECYCLED PAPER              BP-230(13)
                                                                   JUNE 2002

→ credit for time serve falls to the discretion of the B.O.P., under 3585. This error is not "harmeless" it's "harsh", because is being denied to count towards my federal sentence. Also, The parole case # CR151494 following the federal sentence 110 months consecutive to parole violation/revocation # CR151494, but the District Court failed to recognize its authority to adjust the sentence or downward depart under "5G1.3" & "5K2.23" variant sentence. U.S. Sentencing Guidelines Manual § § 5G1.3(b) and 5K2.23 both require that for a the district court to be able to consider a collateral sentence, the B.O.P will not award credit for time served for that sentence and that collateral offense must be relevant conduct to the instant ofense which it is, because my addictive behaviour as a methamphetamine addiction guide me to commit this crimes state charge in Georgia CR151494 and the Federal sentence 4:19CR00066-5, should run concurrent as 1B1.3 (a)1, (a)2, (a)3, Relevant Conduct on a common scheme or plan may qualify as part of a single episode, spree, or ongoing series, of offenses. see Vignera v. Atty Gen, 455 F. 2d 637.

Respectfully
sign: _Daniel Jeffers_
Jeffers, Daniel
23107-021
United State Penitentiary
P.O. Box 019001
Atwater, CA 95301.

TRULINGS 23107021 - JEFFERS, DANIEL - Unit: ATW-B-A

---

M: 23107021
TO: Case Manager Coordinator
SUBJECT: ***Request to Staff*** JEFFERS, DANIEL, Reg# 23107021, ATW-B-A
DATE: 08/23/2022 07:56:47 AM

To: CMC adviser
Inmate Work Assignment: n/a

Im writing to get the miscalculated time credit I was not credited from the start day I was in federal custody. Im missing 10 Months and 13 days. I was brought into ferderal custody on May 28th, 2019 on a federal writ. never leaving federal custody period.

Jan,9th,2019- arrested for Doc# SPCR1900683
May,2nd,2019-parole violated me for Doc# SPCR1900683. My Doc# for porale case is CR151494
May,7th,2019- federal indictment. case # 4:19CR0066-5
May,28,2019- Inmate was produced to USM custody via fed. writ
April,9th,2020 maxed out of state while still in federal custody for violation for Doc# SPCR1900683
Oct,20,2020 Inmate was senentenced to 110 months consecutive to parole violation/revocation in CR151494 But concurrent to SPCR1900683..

CAN YOU PLEASE FORWARD TO DSCC